Joshua J. Schroeder, (SBN: 304992)
**BULLDOG LAW, P.C.**
500 N. CENTRAL AVNEUE SUITE 610
GLENDALE, CA 91203
PHONE: 818-649-3007
Email: joshua@thebulldog.law
elsy@thebulldog.law

Attorney for Defendant Bulldog Law, P.C.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BATTA FULKERSON, LLP<br><br>Plaintiff(s),<br><br>vs.<br><br>BULLDOG LAW, P.C.<br><br>Defendant(s). | Case No.: 25CV551 AGS KSC<br><br>**DEFENDANT BULLDOG LAW, PC'S ANSWER TO PLAINTIFF'S COMPLAINT, COUNTERCLAIMS, AND DEMAND FOR JURY TRIAL**<br><br>Honorable: Andrew G. Schopler<br>Action Filed: 03/07/2025<br>Trial Date: (Unassigned) |

**COMES NOW** Defendant Bulldog Law, P.C. ("Defendant" or "Bulldog Law"), a professional corporation duly organized under the laws of California, by and through its undersigned counsel admitted to practice in the U.S. District Court for the Southern District of California, hereby answers the Complaint filed by Plaintiff Batta Fulkerson, LLP ("Plaintiff" or "Batta Fulkerson") on March 7, 2025 (ECF No. 1), served on Defendant on March 17, 2025. Pursuant to Fed. R. Civ. P. 8, Defendant denies all allegations, or lack of knowledge as appropriate, and presents affirmative defenses, counterclaims, a request for relief, and a demand for jury trial in

accordance with Fed. R. Civ. P. 12, 13, and 38. Defendant denies all allegations not expressly admitted herein and contends that the Complaint fails to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). Defendant reserves the right to amend or supplement this Answer and Counterclaims as discovery proceeds or additional facts emerge, per Fed. R. Civ. P. 15.

**GENERAL DENIAL TO ALL ALLEGATIONS**

Defendant generally denies all allegations in the Complaint filed by Plaintiff on March 7, 2025 (ECF No. 1), served on Defendant on March 17, 2025.

**AFFIRMATIVE DEFENSES**

Defendant asserts the following affirmative defenses, preserving them for all litigation stages under Fed. R. Civ. P. 8(c) and reserving amendment rights per Fed. R. Civ. P. 15:

1. **Failure to State a Claim**: The Complaint fails to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6).
2. **Genericness**: Plaintiff's marks— "BULLDOG ATTORNEYS," "THE BULLDOG LAWYER," and variants—are generic, naming a class of tenacious lawyers, and thus unprotectable.
3. **Descriptiveness Without Secondary Meaning**: If not generic, Plaintiff's marks are descriptive, conveying tenacity, requiring secondary meaning for protection.
4. **No Likelihood of Confusion**: Defendant's "BULLDOG LAW" does not create confusion.
5. **Fair Use**: Defendant's "BULLDOG LAW" is a fair, descriptive use.
6. **Laches**: Plaintiff's delay—Defendant's use for several years constitutes laches and Plaintiff's delay constitutes trademark abandonment.
7. **Unclean Hands**: Plaintiff's attempt to monopolize "bulldog" is inequitable.
8. **Lack of Standing**: Plaintiff lacks standing without a protectable mark or injury.
9. **Failure to Mitigate**: Plaintiff's delay post-January 2025 despite alleged confusion bars damages.

10. **First Amendment**: Defendant's name "BULLDOG LAW" is a protected expression, barring Plaintiff's suppression attempt.

11. **No Injury/No Damages**: Plaintiff experienced no injury or damages from the alleged claims.

12. **ACBA Safe Harbor**: Bulldog Law PC had no bad faith intent, and believed the domain name was lawful and fair.

13. **Duplicative Recovery Barred**: Plaintiff seeks multiple overlapping remedies that would result in double recovery for the same alleged harm. Equity and law do not permit double recovery.

## COUNTERCLAIMS

**Counterclaim 1: Declaratory Judgment of Non-Infringement and Cancellation of Registration**

- Defendant seeks a declaration that its use of "BULLDOG LAW" does not infringe Plaintiff's alleged marks, and to cancel Plaintiff's registered trademarks insofar as the court finds that they are generic, descriptive without secondary meaning, or abandoned.

## REQUEST FOR RELIEF

Defendant prays that the Court:

1. Deny all Plaintiff's relief.
2. Dismiss the Complaint with prejudice.
3. Grant declaratory judgment of non-infringement, and cancellation of trademark registrations.
4. Award costs and attorneys' fees.
5. Grant further relief as just.

///

///

///

**REQUEST FOR JURY TRIAL**

Defendant demands a jury trial on all triable issues.

**Dated**: April 7, 2025,

***By**: /s/ Joshua J. Schroader*
Attorney for Defendant
Bulldog Law, P.C.