Mario Tafur, Esq. (SBN: 329899)
**BULLDOG LAW, P.C.**
500 N. CENTRAL AVNEUE SUITE 610
GLENDALE, CA 91203
PHONE: 818-649-3007
Email: joshua@thebulldog.law
elsy@thebulldog.law

Attorney for Defendant
The Bulldog Law PC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTA FULKERSON, LLP | Case No.: 25CV551 AGS KSC |
| Plaintiff(s), | **DEFENDANT'S MOTION FOR SUBSTITUTION OF ATTORNEY** |
| vs. | |
| BULLDOG LAW, P.C. | Honorable: Andrew G. Schopler |
| Defendant(s). | Action Filed: 03/07/2025 |
| | Trial Date: (Unassigned) |

    Notice is hereby given that, subject to approval by the court, Bulldog Law, substitutes attorney Mario P. Tafur, State Bar Number 329899 as counsel of record in place of attorney Joshua J. Schroeder.

    Contact information for the new attorney is as follows, Bulldog Law, 500 N. Central Avenue, Ste. 610, Glendale, CA 91203. Telephone number is 818-646-8990 and the email is mario@thebulldog.law.

///

I consent to the above substitution:

Date: May 5, 2025,　　　　　　　　　　　　　　　*s/Mario Tafur*
　　　　　　　　　　　　　　　　　　　　　　　　Mario Tafur, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Bulldog Law

I consent to being substituted:

Date: May 5, 2025,　　　　　　　　　　　　　　　*s/Joshua J. Schroeder*
　　　　　　　　　　　　　　　　　　　　　　　　Joshua J. Schroeder, Esq.

## ORDER

The foregoing substitution of attorneys is authorized by this Court.

Dated: _____

　　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　United States District Judge