MARIO TAFUR SBN 329899
500 N. CENTRAL AVNEUE SUITE 610
GLENDALE, CA 91203
PHONE: 855-216-3990 | Fax: Not Available
Email: Elsy@thebulldog.law
Mario@thebulldog.law
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTA FULKERSON, LLP,<br><br>                Plaintiff,<br><br>v.<br><br>BULLDOG LAW, PC,<br><br>                Defendant. | ) Case No.: 25-cv-551-AGS-KSC<br>)<br>) DECLARATION OF BULLDOG LAW IN<br>) RESPONSE TO ORDER TO SHOW CAUSE<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF BULLDOG LAW IN RESPONSE TO ORDER TO SHOW CAUSE

I, Mario Tafur, declare as follows:

I am the Chief Executive Officer and managing partner of Defendant Bulldog Law, PC ("Bulldog Law"). I am authorized to execute this declaration on behalf of Bulldog Law in response to the Court's Order to Show Cause dated May 14, 2025 (Doc. No. 15). The facts stated herein are based on my direct knowledge and corporate authority, and I would competently testify thereto if required.

Bulldog Law acknowledges receipt of and has carefully reviewed the Court's Notice and Order Setting Early Neutral Evaluation Conference, Rule 26 Compliance, and Case Management Conference issued on April 9, 2025 (Doc. No. 7), and the subsequent Order dated May 9, 2025 (Doc. No. 13). We fully understand our obligations outlined in these orders.

Bulldog Law accepts complete responsibility for delays in compliance with the Court's orders. Upon recognizing the non-compliance issues, Bulldog Law immediately undertook remedial action to rectify any outstanding obligations. Specifically, we have now timely provided Plaintiff

with complete Rule 26(a)(1) initial disclosures, including the required production of all relevant documents and electronically stored information, in compliance with the Court's directives.

Bulldog Law further certifies that it has properly lodged its Confidential Early Neutral Evaluation Statement and the necessary participant information directly with Magistrate Judge Karen S. Crawford's chambers via email, fully satisfying the Court's instructions.

Recognizing the gravity of these proceedings and the importance of procedural compliance, Bulldog Law has reviewed and adjusted its internal procedures to prevent any recurrence of missed deadlines or procedural errors. Additionally, Bulldog Law continues to work diligently to secure adequate legal representation, including facilitating the pending pro hac vice application of Attorney Phillip Berwish, and remains committed to promptly finalizing the arrangement of qualified counsel in this matter.

Bulldog Law sincerely apologizes to the Court for the oversight and any inconvenience caused. We explicitly acknowledge and respect the authority of the Court and its orders and affirm our unwavering commitment to meeting all future deadlines and requirements in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of May, 2025, at Glendale, California.

Respectfully submitted,
/s/Mario Tafur
MARIO TAFUR SBN 329899
500 N. CENTRAL AVNEUE SUITE 610
GLENDALE, CA 91203
PHONE: 855-216-3990 | Fax: Not Available
Mario@thebulldog.law