MARIO TAFUR SBN 329899
500 N. CENTRAL AVNEUE SUITE 610
GLENDALE, CA 91203
PHONE: 855-216-3990 | Fax: Not Available
Email: Elsy@thebulldog.law
Mario@thebulldog.law
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BATTA FULKERSON, LLP,<br>　　　　　　Plaintiff,<br><br>v.<br><br>BULLDOG LAW, PC,<br>　　　　　　Defendant. | Case No.: 25-cv-551-AGS-KSC<br><br>DECLARATION OF MARIO TAFUR IN RESPONSE TO ORDER TO SHOW CAUSE |

DECLARATION OF MARIO TAFUR IN RESPONSE TO ORDER TO SHOW CAUSE

I, Mario Tafur, declare as follows:

　　　I am an attorney licensed to practice law in the State of California and the counsel of record for Defendant Bulldog Law, PC in the matter of Batta Fulkerson, LLP v. Bulldog Law, PC, Case No. 25-cv-551-AGS-KSC. I submit this declaration in response to the Court's Order to Show Cause issued on May 14, 2025 (Doc. No. 15). I have personal knowledge of the facts stated herein and would competently testify to them if called upon.

　　　I hereby certify that I have carefully read and reviewed the Court's prior orders in this case, specifically including the Notice and Order Setting Early Neutral Evaluation ("ENE") Conference, Rule 26 Compliance, and Case Management Conference dated April 9, 2025 (Doc. No. 7), and the Court's May 9, 2025 Order (Doc. No. 13).

　　　In accordance with the Court's directives, Defendant has fully complied with the initial disclosure obligations required under Federal Rule of Civil Procedure 26(a)(1)(A). Specifically, Defendant has provided Plaintiff with copies of all relevant documents and information required by

Rule 26(a)(1)(A)(ii)-(iv), as clarified by the Court's April 9, 2025 Order, which explicitly requires actual production rather than mere description or identification.

I acknowledge that my prior misunderstanding regarding the scope of required production under Rule 26(a)(1) arose due to my greater familiarity with practice in other districts, such as the Central District of California, where initial disclosures typically involve identifying categories and locations of documents rather than immediate production.

I further certify that Defendant's Confidential Early Neutral Evaluation Statement and participant information have been lodged directly with the chambers of Magistrate Judge Karen S. Crawford via email as instructed. This submission is timely, having been completed before the May 28, 2025 deadline set by the Court's OSC.

My prior delays in compliance were partly due to ongoing difficulties retaining pro hac vice counsel, specifically Attorney Phillip Berwish, who is licensed in New York and resides in New Jersey. Although Mr. Berwish's pro hac vice application has been filed and is pending, his admission has encountered administrative delays due to the discrepancy in his residence and admission. Plaintiff's counsel has informally indicated willingness to stipulate to Mr. Berwish's admission should procedural hurdles be resolved.

At all times, my failure to timely comply with the Court's orders was not due to any intent to disregard the Court's authority or procedures. Rather, it arose from a genuine misunderstanding of procedural requirements and my comparative inexperience in civil trademark litigation, as my primary practice area has historically been criminal defense.

I sincerely apologize to the Court for any inconvenience caused and respectfully request that, given our full compliance and corrective actions, the Court refrain from imposing sanctions at this time. I assure the Court of my commitment to fully comply with all future orders and deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of May, 2025, at Glendale, California.

Respectfully submitted,
/s/Mario Tafur
MARIO TAFUR SBN 329899
500 N. CENTRAL AVNEUE SUITE 610
GLENDALE, CA 91203
PHONE: 855-216-3990 | Fax: Not Available
Mario@thebulldog.law