UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BATTA FULKERSON, LLP,

Plaintiff,

v.

BULLDOG LAW, P.C.,

Defendant.

AND RELATED COUNTERCLAIM.

Case No.: 25-cv-00551-AGS-GC

**ORDER PROVISIONALLY APPOINTING SPECIAL MASTER**

Pursuant to Federal Rule of Civil Procedure 53, the undersigned judge notified Plaintiff/Counter Defendant Batta Fulkerson, LLP ("Plaintiff") and Defendant/Counter Claimant Bulldog Law, P.C. ("Defendant") (collectively, "the parties") on April 20, 2026, that he intended to appoint a special master to resolve their ongoing discovery dispute. (ECF Nos. 74, 75.) The parties agreed to the appointment of a special master. After being given an opportunity to suggest candidates for appointment, both parties left the selection up to the Court. (ECF No. 75.) Therefore, the Court selects Bill VanDeWeghe at JAMS

and appoints him to function as special master to resolve the parties' ongoing discovery dispute.

By **April 24, 2026**, the parties must provide a copy of this Order to Mr. VanDeWeghe. By **April 28, 2026**, the Court requests that Mr. VanDeWeghe indicate his acceptance or rejection of the appointment and file the necessary affidavit disclosing whether "there is any ground of disqualification under 28 U.S.C. § 455." Fed. R. Civ. P. 53(b)(3).

Should Mr. VanDeWeghe accept the appointment, the following will apply:

1. Duties: The special master is being appointed pursuant to Federal Rule of Civil Procedure 53 to determine whether Defendant fully and completely complied with the Honorable Karen S. Crawford's September 19, 2025, Order Following Discovery Conference (ECF No. 42) and Order Granting In Part Plaintiff's Motion For Sanctions (ECF No. 63) and to provide a Report and Recommendation to the Court. In the Report and Recommendation, the special master shall advise the Court of the extent of final compliance and make any recommendations of potential cost-shifting to Defendant, if the special master determines Defendant did not comply with Judge Crawford's Orders or to Plaintiff, if the special master determines that Defendant had fully complied with Judge Crawford's Orders. The special master may—but is not required to—take any additional argument or briefing he may wish or hold any additional hearings he considers necessary. The special master shall file his Report and Recommendation no later than **May 15, 2026**.

2. Procedures: In consultation with the parties, the special master will set any procedures he deems necessary, including, but not limited to, timing for the production of any materials he needs to determine compliance with the Court's prior discovery orders. In drafting, filing, and objecting to the report, the special master and the parties must comply with Rule 53(e) and (f).

3. Compensation: The special master will charge his normal per-hour or per-matter billing rate. The parties shall split the costs evenly. However, the Court may shift those costs depending on the special master's recommendation.

4. Communication with the Court: The special master may communicate with the Court *ex parte* as necessary to facilitate filing any report or other order and to receive copies of any filing or transcript. Otherwise, all communication with the Court by the special master should be in writing and filed on the docket or in the presence of the parties. The special master may communicate with the parties *ex parte* if all parties agree to such communications.

**IT IS SO ORDERED.**

Dated: April 22, 2026

Hon. Guillermo Cabrera
United States Magistrate Judge