UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BATTA FULKERSON, LLP,
Plaintiff,

v.

BULLDOG LAW, P.C.,
Defendant.

AND RELATED COUNTERCLAIM.

Case No.: 25-cv-00551-AGS-GC

**ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL**

**[ECF Nos. 123, 124]**

Before the Court is a Motion to File Exhibits Under Seal by Defendant Bulldog Law, P.C. ("Defendant"). (ECF No. 123.) Defendant seeks to file under seal Exhibit 6 – Separation Agreement, dated November 1, 2023, which is an Exhibit to Defendant's Corrected Fourth Amended Supplemental Answers to Answers to Plaintiff's Revised First Set of Interrogatories. (*See* ECF Nos. 122-1; 123 at 2; 125 at 37–39, 70–72.) Defendant argues the Separation Agreement contains non-public, sensitive business information, the disclosure of which could cause competitive harm. (ECF No. 123 at 2.)

"A 'good cause' showing will suffice to seal documents produced in discovery." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (citing Fed. R. Civ. P. 26(c)). Here, the Court finds Defendant has established good cause for sealing

the Separation Agreement. *See Kimera Labs Inc. v. Exocel Bio Inc.*, No. 21-CV-2137-MMA-DDL, 2024 WL 3014639, at *1–2 (S.D. Cal. June 14, 2024) (noting that confidential, sensitive business information that may harm a litigants competitive standing meets the good cause standard).

Accordingly, the Motion is **GRANTED**. The Clerk of Court is directed to file under seal the documents lodged at ECF No. 124.[1]

**IT IS SO ORDERED.**

Dated: August 28, 2026

Hon. Guillermo Cabrera
United States Magistrate Judge

[1] Although Defendant lodged under seal all exhibits to its Corrected Fourth Amended Supplemental Answers to Answers to Plaintiff's Revised First Set of Interrogatories, it also publicly filed all exhibits except for the Separation Agreement. Therefore, all exhibits, with the exception of the Separation Agreement, are publicly available on the docket. (*See* ECF No. 125.)